**Order entered January 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01463-CV

**YAN BENJAMIN WILHELM ASSOUN, Appellant**

**V.**

**ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

## ORDER

Before the Court is appellant's January 16, 2015, motion for withdrawal of counsel stating appellant's counsel, Kevin T. Segler, has withdrawn from this cause. Michelle May O'Neil has appeared before this court as appellant's new counsel. We **DIRECT** the Clerk of the Court to remove Kevin T. Segler as appellant's counsel and show appellant is now represented by Michelle May O'Neil of Godwin Lewis, PC at the following address:

Michelle May O'Neil
Godwin Lewis, PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270
Tel: (214) 939-4427
Fax: (214) 527-3123

The clerk's and reporter's records have been filed. On the Court's own motion, we **GRANT** appellant an extension of time to file his brief and **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this Order.

/s/    CRAIG STODDART
       JUSTICE